# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

JUSTIN DANIEL CAISALITIN ROCHA,

    Petitioner,

  v.                                      Case No. 1:26-cv-00289 KWR-JMR

GEORGE DEDOS, *Warden of the Cibola County Correctional Center,*
TODD LYONS, *Acting Director of Immigration and Customs Enforcement,*
DAVID EASTERWOOD, *Field Office Director of the St. Paul Field Office,*
PAMELA BONDI, *Attorney General of the United States,*
*and* KRISTI NOEM*, Secretary of the U.S. Department*
*of Homeland Security*,

    Respondents.

## ORDER DISMISSING CASE

    THIS MATTER comes before the Court upon Petitioner's Notice of Voluntary Dismissal (Doc. 7). Petitioner voluntarily dismisses this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Doc. 7 at 1.

    Having considered the record and the law, the Court dismisses this case without prejudice.

    **IT IS SO ORDERED.**

                                                      /S/
                                                 KEA W. RIGGS
                                                 UNITED STATES DISTRICT JUDGE