**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

---

JUSTIN DANIEL CAISALITIN ROCHA,

Petitioner,

v. Case No. 1:26-cv-00289 KWR-JMR

GEORGE DEDOS, *Warden of the Cibola County Correctional Center,*
TODD LYONS, *Acting Director of Immigration and Customs Enforcement,*
DAVID EASTERWOOD, *Field Office Director of the St. Paul Field Office,*
PAMELA BONDI, *Attorney General of the United States,*
*and* KRISTI NOEM*, Secretary of the U.S. Department of Homeland Security*,

Respondents.

**JUDGMENT**

Consistent with the order entered concurrently herewith, this case is dismissed without prejudice.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**.

_____/S/_________________________
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE